NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MULTIMEDIA PLUS, INC., MULTIMEDIA TECHNOLOGIES, LLC,**
*Plaintiffs - Appellants*

v.

**PLAYERLYNC LLC,**
*Defendant - Appellee*

16-2574

Appeal from the United States District Court for the Southern District of New York in case no. 1:14-cv-08216-WHP United States District Judge William H. Pauley III

**O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the Southern District of New York, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective October 25, 2016. The appellant's brief is due on December 27, 2016.

                                                           FOR THE COURT

October 25, 2016          /s/ Peter R. Marksteiner
                                       Peter R. Marksteiner
                                       Clerk of Court